ELISE S. LEE, Appellant, v. FORRESTER A. CLARK et al., Trading under the Name of H. C. WAINWRIGHT Co., Defendants, and J. DUDLEY CLARK, JR.,

Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See 269 App. Div. 994.]